UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                Case No. 24-30408
                                 Originating No. 2:24-CR-41

**ERIC CORNELL SMITH, JR.**
aka Eric Laprairie,

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ERIC CORNELL SMITH, JR.,** to answer to charges pending in another federal district, and states:

1. On **September 23, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on a Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846 and 21 U.S.C §841(a)(1) and (b)(1)(A))- Conspiracy to Distribute 50 grams or more of Methamphetamine, Aided and abetted Possession with Intent to Distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                              Respectfully submitted,

                                              DAWN N. ISON
                                              United States Attorney


                                              s/Jeremiah Smith
                                              Assistant U.S. Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              JSmith6@usa.doj.gov
                                              (313)226-0242


Dated: September 23, 2024